Leslie Bryan Hart (SBN # 4932)
FENNEMORE CRAIG, P.C.
300 East Second Street, Suite 1510
Reno, Nevada 89501
T:  775.788.2228  F:  775.788.2229
lhart@fclaw.com

(*Admitted Pro Hac Vice*)

Archis A. Parasharami, Esq.
James F. Tierney, Esq.
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Tel: 202-263-3000  Fax:  202-263-3300
aparasharami@mayerbrown.com
jtierney@mayerbrown.com

Attorneys for Defendant AT&T Services, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JUAN RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T SERVICES, INC. ,<br><br>Defendant. | Case No. 2:14-cv-01537-GMN<br><br>**AMENDED STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO  FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION**<br><br>**(THIRD REQUEST)** |

Defendant AT&T Services, Inc. ("AT&T") and Plaintiff Juan Rodriguez respectfully submit this amended stipulation under Local Rules 6-1 and 7-1 for an extension of time for Defendant to file its reply brief in support of its motion to compel arbitration.

1. AT&T was served in this action on September 25, 2014.

2. The Court granted the parties' stipulation to extend the time to answer or otherwise respond to the Complaint to November 17, 2014.  Dkt. # 6.

3. AT&T filed its Motion to Compel Arbitration on November 17, 2014.  Dkt. # 11.

4. The Court granted the parties' stipulation to extend the time for Rodriguez to file

1  his response brief to December 18, 2014, and to extend the time for AT&T to file its reply brief
2  to January 9, 2015.  Dkt. # 16.

3       5.    Rodriguez filed his response brief on December 18, 2014.  Dkt. # 17.

4       6.    The parties agreed to extend by seven days the time for AT&T to file its reply
5  brief, in light of commitments that arose since the parties' last stipulation.

6       7.    This stipulated extension, which is AT&T's third such request in this case, is
7  sought in good faith and not for purposes of undue delay or unfair prejudice.

8       8.    AT&T filed its reply brief in support of its motion to compel arbitration on
9  January 16, 2015.  Dkt. # 21.

10       9.    On January 21, 2015, the Court ordered the parties to file an Amended Stipulation
11  clarifying the requested relief.  Dkt. # 22.  The parties hereby file this Amended Stipulation to
12  clarify that AT&T's initial response to the Complaint was its motion to compel arbitration, and
13  that they are requesting in this Amended Stipulation that the time for AT&T to file its reply brief
14  in support of its motion to compel arbitration be extended to January 16, 2015, and AT&T has
15  now filed the reply brief.

16       10.    The parties apologize for any confusion and inconvenience to the Court.

17  WHEREFORE, the parties stipulate and jointly request that this Court grant the following
18  relief:

19  - AT&T shall have an extension of time to and including January 16, 2015, to file
20     its reply brief in support of its motion to compel arbitration;

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///

AMENDED STIPULATION OF EXTENSION OF TIME (THIRD REQUEST)
Page 2 of 3

FENNEMORE CRAIG, P.C.
300 EAST SECOND STREET
SUITE 1510
RENO, NV 89501
(775) 788-2228

1    • Such other and further relief as this Court deems just and proper.

2    Dated this 22nd day of January, 2015.

3

4    KAZEROUNI LAW GROUP, APC            FENNEMORE CRAIG, P.C.

6    By:  /s/  Danny J. Horen            By:   /s/ Leslie Bryan Hart
         Danny J. Horen (SBN # 13153)          Leslie Bryan Hart (SBN # 4932)
7        *danny@kazlg.com*                     *lhart@fclaw.com*
         7854 W. Sahara Avenue                 300 East Second Street, Suite 1510
8        Las Vegas, Nevada 89117               Reno, Nevada 89501
         T:  800.400.6808                      T:  775.788.2228   F:  775.788.2229
9        F:  800.520.5523
         *Attorney for Plaintiff*                      and

                                               Archis A. Parasharami *(pro hac vice)*
11                                             *aparasharami@mayerbrown.com*
                                               James F. Tierney *(pro hac vice)*
12                                             *jtierney@mayerbrown.com*
                                               MAYER BROWN LLP
13                                             1999 K Street NW
                                               Washington, DC 20006
14                                             T:  202.263.3000   F:  202.263.3300
                                               *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  01/23/2015**

AMENDED STIPULATION OF EXTENSION OF TIME (THIRD REQUEST)
Page 3 of 3

FENNEMORE CRAIG, P.C.
300 EAST SECOND STREET
SUITE 1510
RENO, NV 89501
(775) 788-2228