Leslie Bryan Hart (SBN # 4932)
FENNEMORE CRAIG, P.C.
300 East Second Street, Suite 1510
Reno, Nevada 89501
T: 775.788.2228
F: 775.788.2229
lhart@fclaw.com

Archis A. Parasharami (*Admitted Pro Hac Vice*)
James F. Tierney (*Admitted Pro Hac Vice*)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
T: 202.263.3000
F: 202.263.3300
aparasharami@mayerbrown.com
jtierney@mayerbrown.com

*Attorneys for Defendant AT&T SERVICES, INC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JUAN RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T SERVICES, INC.,<br><br>Defendant. | Case No. 2:14-cv-01537-GMN<br><br>**STIPULATION AND [PROPOSED] ORDER FOR STAY OF DISCOVERY**<br><br>**FIRST REQUEST** |

Plaintiff Juan Rodriguez ("Rodriguez") and Defendant AT&T Services Inc. ("AT&T") by and through their undersigned counsel of record, hereby agree to seek an order staying discovery and the parties' obligations under Federal Rule of Civil Procedure 26 and Local Rule 26-1 pending resolution of AT&T's Motion to Compel Arbitration (Dkt. No. 11). In support of this Stipulation, the parties agree as follows:

1. Federal Rules of Civil Procedure 6(b) and 26(a) and (c) give this Court discretion to defer deadlines relating to discovery and pretrial proceedings. Moreover, the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-16, forbids courts from requiring a party who seeks to

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

10116732.1/054005.0005

1  compel arbitration to litigate or to participate in discovery on the merits while the motion to
2  compel arbitration is pending.

3      2.    AT&T has filed a Motion to Compel Arbitration. The parties' briefing on that
4  motion is complete, and the motion is therefore ripe for the Court's decision. In the meantime,
5  however, plaintiff has sought to initiate discovery on the merits, pointing to Local Rule 26-1(d),
6  which ordinarily sets certain discovery deadlines. In this case, however, the FAA requires that
7  those deadlines be stayed pending the Court's resolution of AT&T's motion to compel
8  arbitration.

9      3.    The parties agree that if and when discovery opens, discovery may be conducted
10 on all matters relevant to issues raised by the pleadings then on file with the Court, and all
11 matters otherwise within the scope of Rule 26(b)(1) and not protected from disclosure, without
12 prejudice to the parties' ability to assert objections, including but not limited to objections
13 pursuant to Rule 26. The parties also reserve their right to file a proposed protective order,
14 should the need arise, pursuant to LR 16.1-3 and LR 16.1-4.

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

10116732.1/054005.0005

WHEREFORE, Rodriguez and AT&T jointly request that the Court enter an Order staying discovery and any pretrial proceedings regarding the merits of Plaintiff's claim pending the resolution of AT&T's motion to compel arbitration.

DATED this 3rd day of March, 2015.

KAZEROUNI LAW GROUP, APC

By: /s/ *Danny J. Horen*
Danny J. Horen (SBN # 13153)
*danny@kazlg.com*
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
T: 800.400.6808
F: 800.520.5523
Attorney for Plaintiff

FENNEMORE CRAIG, P.C.

By: /s/ *Leslie Bryan Hart*
Leslie Bryan Hart (SBN # 4932)
*lhart@fclaw.com*
300 East Second Street, Suite 1510
Reno, Nevada 89501
T: 775.788.2228
F: 775.788.2229

and

(Admitted *Pro Hac Vice*)

MAYER BROWN LLP
Archis A. Parasharami
aparasharami@mayerbrown.com
James F. Tierney
jtierney@mayerbrown.com
1999 K Street, NW
Washington, DC 20006
T: 202.263.3000
F: 202.263.3300
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED:

/s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

DATED: March 5th, 2015

10116732.1/054005.0005

3