# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN RODRIGUEZ, on hehalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AT&T SERVICES, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. 2:14-cv-01537-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the parties Stipulation and Order for Stay of Discovery (#25), filed on March 3, 2015.

The parties shall submit a status report within six months of the date of this order or within 14 days of the completion of the arbitration, whichever is earlier.

**IT IS SO ORDERED**

**DATED** this 5th day of March, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge