1  Leslie Bryan Hart (SBN 4932)
   FENNEMORE CRAIG, P.C.
2  300 East Second Street, Suite 1510
   Reno, Nevada 89501
3  Tel: 775.788.2228  Fax: 775.788.2229
   lhart@fclaw.com
4
   (Admitted *Pro Hac Vice*)
5  Archis A. Parasharami, Esq.
   MAYER BROWN LLP
6  1999 K Street NW
   Washington, DC 20006
7  Tel: 202.263.3000  Fax:  202.263.3300
   aparasharami@mayerbrown.com
8
   *Attorneys for Defendant AT&T SERVICES, INC.*
9
                   **UNITED STATES DISTRICT COURT**
10                        **DISTRICT OF NEVADA**

11
   JUAN RODRIGUEZ, on behalf of himself and    Case No. 2:14-cv-01537-GMN-
12 all others similarly situated,

13              Plaintiff,                     **MOTION AND [PROPOSED] ORDER
                                               TO WITHDRAW JAMES F. TIERNEY
14       vs.                                   AS COUNSEL OF RECORD**

15 AT&T SERVICES, INC.,

16              Defendant.

17

18       Defendant AT&T Services Inc. ("AT&T") respectfully moves for an order permitting James

19 F. Tierney ("Mr. Tierney"), who has appeared on behalf of AT&T in these proceedings, to

20 withdraw as counsel for AT&T in the above captioned matter, pursuant to Rule IA 10-6.  This

21 Motion is based upon the enclosed Memorandum of Points and Authorities and all papers and

22 pleadings on file herein.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

WHEREFORE, AT&T requests that the Court enter an Order permitting the withdrawal of James F. Tierney as counsel of record in this case.

Dated this 19th day of August, 2015.

FENNEMORE CRAIG, P.C.

By:  /s/ Leslie Bryan Hart
Leslie Bryan Hart (SBN 4932)
300 East Second Street, Suite 1510
Reno, Nevada 89501
Tel:  775-788-2228  Fax: 775-788-2229
lhart@fclaw.com
 and
MAYER BROWN LLP
(Admitted *Pro Hac Vice*)
Archis A. Parasharami
aparasharami@mayerbrown.com

*Attorneys for Defendant AT&T Services, Inc.*

**MEMORANDUM OF POINTS AND AUTHORITIES**

Mr. Tierney's employment status has changed, and he is no longer employed as an associate by Mayer Brown LLP ("Mayer Brown") as he is leaving the firm for a different employment opportunity.  Mr. Tierney was not retained to represent AT&T as outside counsel in this or any other matter after his separation from Mayer Brown.  Local Rule IA 10-6(a) provides that "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel."  AT&T received notice of Mr. Tierney's intent to withdraw from this case prior to his final week of employment with Mayer Brown.  In addition, opposing counsel in this case will receive notice of this Motion to Withdraw via the CM/ECF system.

Local Rule IA 10-6(e) also provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result."  No such delay will result from Mr. Tierney's withdrawal because AT&T continues to be represented in this matter by Leslie Bryan Hart and Archis A. Parasharami, both of whom will continue to appear on AT&T's behalf before this Court.  Moreover, all discovery and pre-trial proceedings have been stayed while the Court considers the resolution of AT&T's motion to compel arbitration of plaintiff's claims.  Mr. Tierney's withdrawal will not prejudice either party or delay any proceeding in this matter.

**Conclusion**

The Court should enter an order approving the withdrawal of Mr. Tierney as one of the counsel of record for AT&T in the instant matter.

Dated this 19th day of August, 2015.

                                            FENNEMORE CRAIG, P.C.

By:   /s/ Leslie Bryan Hart
       Leslie Bryan Hart (SBN 4932)
       300 East Second Street, Suite 1510
       Reno, Nevada 89501
       Tel: 775-788-2228  Fax: 775-788-2229
       lhart@fclaw.com
          and
       MAYER BROWN LLP
       (Admitted *Pro Hac Vice*)
       Archis A. Parasharami
       aparasharami@mayerbrown.com

*Attorneys for Defendant AT&T Services, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __August 24, 2015__

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

3

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 19th day of August, 2015, a true and correct copy of the **MOTION AND [PROPOSED] ORDER TO WITHDRAW JAMES F. TIERNEY AS COUNSEL OF RECORD,** was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case. If electronic notice is not indicated through the court's e-filing system, then a true and correct paper copy of the foregoing document was delivered via U.S. Mail.

Danny J. Horen, Esq.
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Ave.
Las Vegas, NV  89117
danny@kazlg.com

                                              /s/   Pamela Carmon
                                          Pamela Carmon

10745793.1